## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| DONALD ROETTENBACHER | ) | Civil Action No. 3:22-cv-00161-DEP |
| *Plaintiff,* | ) | |
| | ) | Hon. David E. Peebles |
| v. | ) | United States Magistrate Judge |
| | ) | |
| KILOLO KIJAKAZI, | ) | |
| Acting Commissioner of | ) | |
| Social Security, | ) | |
| *Defendant.* | ) | Stipulation – Document Filed Electronically |

**<u>Consent Order for Payment of Fees under the Equal Access to Justice Act</u>**

IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for the parties in the above-titled action that Plaintiff be awarded attorney fees and expenses under the Equal Access to Justice Act (EAJA) (28 U.S.C. § 2412) in the amount of six thousand and eight hundred and six dollars and ninety-five cents ($6,806.95).

The award of attorney fees will satisfy all of Plaintiff's claims for fees, costs, and expenses under 28 U.S.C. § 2412 in this case. Any fees paid belong to Plaintiff and not to his attorney and can be offset to satisfy pre-existing debt that Plaintiff owes the United States. *Astrue v. Ratliff*, 560 U.S. 586 (2010). After the Court enters this award, if Defendant can verify that Plaintiff owes no preexisting debt subject to offset, Defendant agrees to make the award payable to Plaintiff's attorney pursuant to the EAJA assignment signed by Plaintiff and counsel.

AND, the Court having reviewed the record in this matter;

IT IS on this 12th day of September, 2023;

ORDERED that Plaintiff be awarded fees under EAJA in the amount of $6,806.95, and that the fees are payable to the Plaintiff, but if Plaintiff does not owe a debt subject to offset, payable to Plaintiff's attorney.

ORDERED that the within matter is dismissed with prejudice.

_____
HON. DAVID E. PEEBLES
UNITED STATES DISTRICT COURT

The undersigned hereby consent to the form and entry of the within order.

Dated: September 11, 2023

| Kilolo Kijakazi, | Donald Roettenbacher, |
|---|---|
| By Her Attorneys, | By His Attorney, |
| Carla B. Freedman, United States Attorney | |

*/s/ Geoffrey M. Peters*  
Geoffrey M. Peters  
Special Assistant United States Attorney  
NDNY Bar Roll No. 704027  
Office of Program Litigation, Office 2  
Office of the General Counsel  
Social Security Administration  
6401 Security Boulevard  
Baltimore, MD 21235  
(212) 264-1298  
Geoffrey.Peters@ssa.gov

*/s/   Peter A. Gorton*  [1]
Peter A. Gorton  
NY Bar Roll No. 104832  
Lachman & Gorton  
1500 E. Main St.  
P.O. Box 89  
Endicott, NY 13761-0089  
Tel.: (607) 754-0500  
office@lglaw.org

---

[1] Signed with Peter Gorton's consent obtained via email.